IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL ACTION NO: |
| JOSE MARIA GUIZAR-VALENCIA | § § | 5:13cr1057 (03) |

**CONSENT TO ADMINISTRATION OF GUILTY PLEA
AND FED. R. CRIM. PROC. 11 ALLOCUTION
BY UNITED STATES MAGISTRATE JUDGE**

I, __JOSE MARIA GUIZAR-VALENCIA__, the defendant in the above-numbered and styled cause, with the advice of my attorney, hereby agree and consent to be advised of my rights and to enter a voluntary plea of guilty before a United States Magistrate Judge Sam S. Sheldon. I understand that the plea is subject to the approval of the United States District Court and that sentencing will be conducted by the District Court.

SIGNED this _____ day of _____, _____.

_____       _____
Sergio J. Sanchez, Attorney for Defendant       Defendant

_____
Mary Lou Castillo, Assistant United States Attorney